1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,       )     Case No.: 5:25-MJ-00184-DUTY
                                      )
12              Plaintiff,            )     ORDER OF DETENTION PENDING
                                      )     FURTHER REVOCATION
     v.                               )     PROCEEDINGS
13                                    )     (FED. R. CRIM. P. 32.1(a)(6); 18
14   ARSENIO PIERRE                   )     U.S.C. § 3143(a)(1))
                                      )
              Defendant.              )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (×)   The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           ( )   information in the Pretrial Services Report and Recommendation

26           ( )   information in the violation petition and report(s)

27           (×)   the defendant's nonobjection to detention at this time

28           ( )   other: _____

                                        1

1   and/ or

2   B. (×)    The defendant has not met his/her burden of establishing by clear and

3              convincing evidence that he/she is not likely to pose a danger to the safety

4              of any other person or the community if released under 18 U.S.C.

5              § 3142(b) or (c).  This finding is based on the following:

6              ( )    information in the Pretrial Services Report and Recommendation

7              ( )    information in the violation petition and report(s)

8              (×)    the defendant's nonobjection to detention at this time

9              ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  04/08/2025                        _____

15                                            SHASHI H. KEWALRAMANI
                                              UNITED STATES MAGISTRATE JUDGE